UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUDE E. OZUZU

                           Plaintiff,

      -against-

GREENPOINT MORTGAGE FUNDING, CAPITAL
ONE, (USA) NA, VFC PARTNERS 26, LLC, FIRST
CITY SERVICING CORPORATION, BNH CALEB
14, LLC R.B. DIFFENDERFFER, JEFFREY
M. JULIANE, STEPHEN DAMORE, KATHY
MCNAIR, DWAIN MOSS, STEVE HACKEL,
HARRY ZUBLI, KNOWN AND UNKNOWN
CO-CONSPIATORS

.

                          Defendants.
-----------------------------------------------------------------X

Case No.1:19-CV-3783(AMD)

**ORDER TO SHOW CAUSE
WITH TEMPORARY
RESTRAINING ORDER**

      Upon the annexed Affirmation of Randy M. Kornfeld, Esq., dated November 29, 2019, together with the exhibits annexed thereto, and the accompanying Memorandum of Law in support of the Order to Show Cause, and upon all prior proceedings heretofore had herein, and for good cause appearing therefore, it is hereby

      ORDERED, that the Defendants show cause before the Honorable Ann M. Donnelly, United States District Judge at the United States courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 in courtroom_____, on the ____ day of _____, 2012 at _____, or as soon as counsel may be heard, why an order should not be issued, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining and restraining defendant BNH Caleb, its attorneys, agents and assigns from proceeding with the action entitled "*BNH CALEB 14, LLC v. JUDE E. OZUZU, et al.*" Index no.

505322/2016, now pending in the Supreme Court of the State of New York, County of Kings, pending the adjudication of the above-captioned litigation, and it is further

ORDERED, pending the hearing of the within order to show cause, BNH CALEB 14, LLC, its attorneys, agents and assigns, including Gregory Laspina, Esq., Referee, be restrained and enjoined from proceeding with the sale scheduled for December 5, 2019 at 2:30 pm of the premises known as 2846 West 36th Street, Brooklyn, New York 11224 (Block: 7004; Lot:26), and it is further

ORDERED, that answering papers, if any, by any party shall be electronically filed with the Court on or before _____ on December____, 2019; and it is further

ORDERED that service upon all parties appearing in this action of a copy this Order to Show Cause and the papers upon which it is based on or before_____, 2019 by overnight mail to all parties via their counsel at the address set forth on the Court's ECF Docket Page, be deemed good and sufficient service.

Dated: New York, New York
       December____, 2012

                                                          _____
                                                            United States District Judge